Thursday, June 12, 2014

No. 14–0411/AF. U.S. v. Joseph W. Yanez. CCA 38181. Review granted on the following issue:

> WHETHER THE MILITARY JUDGE ERRED IN APPLYING THE MARITAL PRIVILEGE.

Briefs will be filed under Rule 25.

Friday, June 13, 2014

